JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAJOHN CHARLES DOUGLAS,<br>Petitioner,<br>v.<br>SEAN MOORE,<br>Respondent. | Case No. CV 24-6700 PA (PVC)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that Judgment is entered in Respondent's favor, and the above-captioned action is dismissed with prejudice.

Dated: October 8, 2026

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE